**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTOINE MITCHELL,<br>Plaintiff,<br>vs.<br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>Defendant | Case No.: 2:20-cv-06721-MAR<br><br>~~{PROPOSED}~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: April 27, 2022

THE HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Matthew F. Holmberg*

BY: ____________________
Matthew F. Holmberg
Attorney for plaintiff Antoine Mitchell